

NUMBER 13-12-00332-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SAN JACINTO TITLE SERVICES OF
RIO GRANDE VALLEY, LLC,                                  APPELLANT,

v.

POCO MAS, LTD AND POCO MAS GRANDE, LTD.,          APPELLEES.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

The parties to this appeal have filed a joint motion to dismiss pursuant to settlement. The parties request this Court enter judgment vacating the trial court's judgment and dismissing the cause with prejudice. The Court has considered the motion and it is the Court's opinion that the motion should be GRANTED IN PART AND DENIED

IN PART.[1]   Accordingly, without regard to the merits, we VACATE the judgment as to appellant, San Jacinto Title Services of Rio Grande Valley, LLC[2], and REMAND the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.   *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d).   In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).


PER CURIAM

Delivered and filed the
29th day of August, 2012.

---

[1]Rule 42.1(a)(2) permits the Court to render judgment effectuating the parties' agreements *or* to vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the agreement; we cannot do both.   *See* TEX. R. APP. P. 42.1(a)(2)(A),(B).

[2]Britt Massie did not perfect an appeal. Therefore, the judgment against Britt Massie and in favor of San Jacinto Title Services of Rio Grande Valley, LLC remains in full force and effect.